IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. |
| HORACIO RESTREPO d/b/a RESTREPO BROTHERS, INC., and RESTREPO BROTHERS, INC., | ) ) ) ) | |
| Defendant. | ) | |

**CERTIFICATE OF INTEREST**

The undersigned, counsel of record for RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, furnish the following in compliance with Standing Order CDIL of this Court.

(a) Railroad Maintenance and Industrial Health and Welfare Fund.

(b) Not applicable.

(c) CAVANAGH & O'HARA
 William K. Cavanagh
 Michael W. O'Hara
 Patrick J. O'Hara
 James P. Moody
 John T. Long
 Britt W. Sowle
 John A. Wolters

DATED this 20th day of April 2007.

By:  s/ James P. Moody
 JAMES P. MOODY
 **CAVANAGH & O'HARA**

1

Attorney for Plaintiff  
407 East Adams Street  
Post Office Box 5043  
Springfield, IL 62705  
Telephone: (217) 544-1771  
Fax: (217) 544-9894  
jim@cavanagh-ohara.com

F:\files\RAILROAD\Restrepo Brothers, Inc\c-INTEREST.wpd

2