# United States District Court

__CENTRAL__ DISTRICT OF __ILLINOIS__

RAILROAD MAINTENANCE AND
INDUSTRIAL HEALTH AND WELFARE FUND,
   Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 07-3106

HORACIO RESTREPO d/b/a RESTREPO BROTHERS,
INC., and RESTREPO BROTHERS, INC.,

   Defendants.

TO: (Name and address of defendant)   ***PERSONAL SERVICE ONLY***

   Horacio Restrepo, President
   Restrepo Brothers, Inc.
   107 N. Main Street
   Crystal Lake, IL 60014

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

   James P. Moody
   CAVANAGH & O'HARA
   407 E. Adams Street
   P. O. Box 5043
   Springfield, IL 62705
   (217) 544-1771

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

April 27, 2007
DATE

s/M. Stewart
(BY) DEPUTY CLERK