


**E-FILED**
Monday, 07 May, 2007 10:27:10 AM
Clerk, U.S. District Court, ILCD

# Keith Nygren, Sheriff of McHenry County, Woodstock, IL
*Civil Process Proof of Service*
2200 N. Seminary Avenue, Woodstock, IL 60098     (815) 334-4720

| | |
|---|---|
| **Case Number** 073106 | **Docket-No** F-2007-01402 |
| **Case Name** | RAILROAD MAINT. & IND. HEALTH & WELFARE FUND VS RESTREPO, HORACIO, ET AL |
| **Paper-Type** | SMS/Cmplnt |
| **Add'l Paper-Info** | US DIST. COURT CENTRAL DIST. OF IL |

**DEFENDANT** RESTREPO BROTHERS, INC. THRU HORACIO RESTREPO, PRES.
**AKA**
**Age**   0 Years Old    **Sex**              **Race**
**Employer**
**Address** 107 N. MAIN ST
Work Address

CRYSTAL LAKE, IL 60014-

**SERVICE INFORMATION**

**Date Received** 05/02/2007          **Date Returned** 05/03/2007
**Date Served** 05/03/2007            **Time Served** 11:20 AM
**How Served** Corporate
**Person Served** HORACIO RESTREPO
   **Relationship to Defendant** President
   **Age** 43 Years Old   **Sex** Male       **Race** White / Caucasian

**Comments**

**Deputy** 1679   LANGE, JAMES D

**Deputy's Signature** _____          Signature redacted

**FEES**   **Service and Return:** $ 31.65    **Mileage:** $ 14—    **Total:** $ 45.65

*Thursday, May 03, 2007*