E-FILED
Friday, 01 June, 2007  09:38:03 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 07-3106 |
| HORACIO RESTREPO d/ b/a RESTREPO BROTHERS, INC., and RESTREPO BROTHERS, INC., | ) ) ) ) | |
| Defendant. | ) | |

### REQUEST FOR ENTRY OF DEFAULT

NOW COMES Plaintiff, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, by and through its attorneys, Cavanagh & O'Hara, and for its Request for Entry of Default, states as follows:

1. That the Complaint in this matter was filed on April 27, 2007.

2. That on May 3, 2007, Horacio Restrepo, President of Defendant, RESTREPO BROTHERS, INC., was duly served by the McHenry County, Illinois, Sheriff's Department with said Complaint and Summons.

3. That the Defendants have failed to file a responsive pleading within the statutory time frame.

4. Pursuant to Standing Order, the Affidavit of James P. Moody in Support of the Motion for Default Judgment is attached hereto as **Exhibit A**.

WHEREFORE, Plaintiff, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH

1

AND WELFARE FUND, prays that this Court enter Default Judgment against Defendants, HORACIO RESTREPO d/b/a RESTREPO BROTHERS, INC., and RESTREPO BROTHERS, INC., and in favor of Plaintiffs.

> RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, Plaintiff,
>
> By:   s/ James P. Moody
> JAMES P. MOODY
> **CAVANAGH & O'HARA**
> 407 East Adams
> P. O. Box 5043
> Springfield, IL  62705
> Telephone:  (217) 544-1771
> Facsimile:  (217) 544-5236
> jim@cavanagh-ohara.com

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 1st day of June 2007:

> Horacio Restrepo, President
> Restrepo Brothers, Inc.
> 107 N. Main Street
> Crystal Lake, IL 60014

and that the original was filed with the Clerk of the Court in which said cause is pending.

> By:   s/ James P. Moody
> JAMES P. MOODY
> **CAVANAGH & O'HARA**
> 407 East Adams
> P. O. Box 5043
> Springfield, IL  62705

Telephone: (217) 544-1771
Facsimile: (217) 544-5236
jim@cavanagh-ohara.com

F:\files\RAILROAD\Restrepo Brothers, Inc\R-dj.wpd

3

E-FILED
Friday, 01 June, 2007  09:38:27 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 07-3106 |
| HORACIO RESTREPO d/b/a RESTREPO BROTHERS, INC., and RESTREPO BROTHERS, INC., | ) ) ) ) ) | |
| Defendant. | ) | |

**AFFIDAVIT PURSUANT TO STANDING ORDER
IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

JAMES P. MOODY, being first duly sworn, on oath states that he is one of the attorneys for the above-referenced Plaintiff and in such capacity represents the Plaintiff in the above-entitled and numbered action;

That on May 3, 2007, Horacio Restrepo, President of Defendant, RESTREPO BROTHERS, INC., was duly served by the McHenry County, Illinois, Sheriff's Department with said Complaint and Summons; that a copy of the Proof of Service of Summons is attached hereto and made a part hereof as **Exhibit A-1**; that the said Defendants have failed to appear, plead, or otherwise defend herein within the time allowed and is therefore in default; that to his best information and belief, the Defendants are not infants or incompetent persons and not in the military service within the purview of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended; that the claim of Plaintiff, RAILROAD MAINTENANCE AND INDUSTRIAL

1



HEALTH AND WELFARE FUND, is for a payroll compliance audit for the period of January 1, 2002 through December 31, 2006 and attorney fees and costs to date in the amount of $1,481.40, as shown by **Exhibit A-2**, attached hereto and incorporated herein. That this Affidavit is made for the purpose of requesting that Default Judgment be entered against the Defendants, HORACIO RESTREPO d/b/a RESTREPO BROTHERS, INC., and RESTREPO BROTHERS, INC.

        s/ James P. Moody
        JAMES P. MOODY
        **CAVANAGH & O'HARA**
        407 East Adams
        P. O. Box 5043
        Springfield, IL 62705
        Telephone: (217) 544-1771
        Facsimile: (217) 544-5236
        jim@cavanagh-ohara.com

Subscribed and sworn to before me this 1st day of June 2007.

[SIGNATURE REDACTED]
NOTARY PUBLIC

"OFFICIAL SEAL"
PATRICIA J. ROBINSON
Notary Public, State of Illinois
My Commission Expires Feb. 16, 2010



E-FILED
Monday, 07 May, 2007 10:27:42 AM
Clerk, U.S. District Court, ILCD

## Keith Nygren, Sheriff of McHenry County, Woodstock, IL
### *Civil Process Proof of Service*

2200 N. Seminary Avenue, Woodstock, IL 60098          (815) 334-4720

**Case Number** 073106                    **Docket-No** F-2007-01402
**Case Name** RAILROAD MAINT. & IND. HEALTH & WELFARE FUND VS RESTREPO, HORACIO, ET AL
**Paper-Type** SMS/Cmplnt
**Add'l Paper-Info** US DIST. COURT CENTRAL DIST. OF IL

**DEFENDANT** RESTREPO BROTHERS, INC. THRU HORACIO RESTREPO, PRES.
**AKA**
**Age** 0 Years Old    **Sex**        **Race**
**Employer**
**Address** 107 N. MAIN ST
Work Address
CRYSTAL LAKE, IL 60014-

### SERVICE INFORMATION

**Date Received** 05/02/2007          **Date Returned** 05/03/2007
**Date Served** 05/03/2007            **Time Served** 11:20 AM
**How Served** Corporate
**Person Served** HORACIO RESTREPO
**Relationship to Defendant** President
**Age** 43 Years Old   **Sex** Male    **Race** White / Caucasian

**Comments**

**Deputy** 1679 LANGE, JAMES D
**Deputy's Signature** _Signature redacted_

**FEES**   **Service and Return:** $31.65        **Mileage:** $14-        **Total:** $45.65

*Thursday, May 03, 2007*

**EXHIBIT A-1**

E-FILED
Friday, 01 June, 2007  09:38:57 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. |
| HORACIO RESTREPO d/ b/a RESTREPO BROTHERS, INC., and RESTREPO BROTHERS, INC., | ) ) ) ) ) | |
| Defendant. | ) | |

## AFFIDAVIT IN SUPPORT OF ATTORNEY FEES

JAMES P. MOODY, having first been duly sworn on oath, states that the following itemization accurately represents the time and costs expended by this office in this cause:

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 11/15/06 | Received and reviewed correspondence re: Restrepo Brothers; telephone conference with Dora Crenshaw. | .25 |
| 03/21/07 | Letter to Restrepo demanding audit records via certified and regular mail; calendar response; addition to Delinquency Status Report. | 1.35 |
| | Telephone conference with Dora Crenshaw re: Restrepo's audit period. | .10 |
| 04/17/07 | Review file; email to Dora Crenshaw re: status; received and reviewed reply. | .30 |
| | Research Secretary of State for corporate information; preparation of Complaint, Civil Cover Sheet; Certificate of Interest and Summons; assemble exhibits. | 1.50 |
| | Preparation of Affidavit in Support of Attorney Fees. | .50 |

1


EXHIBIT A-2

|  |  |  |
|---|---|---|
|  | Telephone conference with McHenry County Sheriff's Department regarding service fee. | .10 |
|  | Final review of Complaint with exhibits, Civil Cover Sheet, Certificate of Interest, Summons. | .40 |
| 04/20/07 | Revise and finalize Complaint, Summons, Certificate of Interest, Civil Cover Sheet; assembly of full Complaint with exhibits; Email to U.S. District Court for opening of new case. | 1.00 |
| 04/27/07 | Received and reviewed file-stamped Complaint; Civil Cover Sheet, Certificate of Interest; update Status Report. | .30 |
| 04/30/07 | Received and reviewed issued Summons; letter to McHenry County Sheriff's Office enclosing same for service; update Status Report. | .70 |
| 05/07/07 | Received and reviewed Summons - executed; redaction of signatures, scanning and conversion; e-file same; calendar Answer; update Status Report. | .75 |
|  | Received and reviewed file-stamped Summons. | .10 |
| 05/31/07 | Review file; preparation of Request for Entry of Default; Affidavit in Support of Motion for Default Judgment; assemble of exhibits. | 1.50 |
|  | Review Affidavit in Support of Attorney Fees. | .50 |
|  | Final review of Request for Entry of Default; Affidavit in Support of Motion for Default Judgment; exhibits. | .40 |
|  | Revise and e-file Request for Entry of Default with attachments; Email proposed Order to Judge. | 1.00 |
|  | TOTAL HOURS 9.6 X $90.00 PER HOUR | $864.00 |
|  | TOTAL HOURS .25 X $185.00 PER HOUR | $46.25 |
|  | TOTAL HOURS .90 X $195.00 PER HOUR | $175.50 |
|  | U.S. District Court - Filing Fee | $350.00 |
|  | McHenry County Sheriff's Department - Service Fee | $45.65 |
|  | **TOTAL FEES AND COSTS** | **$1,481.40** |

FURTHER THIS AFFIANT SAYETH NAUGHT.

_____s/ James P. Moody_____
JAMES P. MOODY

2

CAVANAGH & O'HARA
407 East Adams
P. O. Box 5043
Springfield, IL 62705
Telephone (217) 544-1771
Fax (217) 544-9894
jim@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me this 1st day of June 2007.

_____
Notary Public

**SIGNATURE REDACTED**

"OFFICIAL SEAL"
PATRICIA J. ROBINSON
Notary Public, State of Illinois
My Commission Expires Feb. 16, 2010

F:\files\RAILROAD\Restrepo Brothers, Inc\A-fee.dj.wpd

3