E-FILED
Tuesday, 26 June, 2007 03:20:12 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 07-3106 |
| HORACIO RESTREPO d/b/a RESTREPO BROTHERS, INC., and RESTREPO BROTHERS, INC., | ) ) ) ) | |
| Defendant. | ) | |

**MOTION FOR DEFAULT JUDGMENT
OR, IN THE ALTERNATIVE, MOTION FOR AN
ACCOUNTING/EVIDENTIARY HEARING**

NOW COMES Plaintiff, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, by and through its attorneys, Cavanagh & O'Hara, and move this Court for a Default Judgment or an Accounting/Evidentiary Hearing against the Defendants, HORACIO RESTREPO d/b/a RESTREPO BROTHERS, INC., and RESTREPO BROTHERS, INC., and in support thereof states:

1.   That the Complaint in this matter was filed on April 27, 2007.

2.   That on May 3, 2007, Horacio Restrepo, President of Defendant, RESTREPO BROTHERS, INC., was duly served by the McHenry County, Illinois, Sheriff's Department with said Complaint and Summons.

3.   That the Defendants have failed to file a responsive pleading within the time frame allowed by this Honorable Court.

1

4. That this Honorable Court entered an Order of Default on June 19, 2007.

5. That Plaintiff is entitled to attorney fees incurred in this matter. Attached hereto and incorporated herein as **Exhibit A** is the Amended Affidavit in Support of Attorney Fees of James P. Moody.

WHEREFORE, Plaintiff prays for Judgment against the Defendants, HORACIO RESTREPO d/b/a RESTREPO BROTHERS, INC., and RESTREPO BROTHERS, INC., as follows:

A. That the Defendants be ordered to produce all necessary records to permit Plaintiff to conduct a payroll audit for the period from January 1, 2002 through December 31, 2006;

B. That Judgment be entered in favor of the Plaintiff and against the Defendants for delinquent contributions for the period January 1, 2002 through December 31, 2006, and for additional months which are unpaid from the date of this filing to the date Judgment is entered;

C. That Judgment be entered in favor of the Plaintiff and against the Defendants for penalties and interest incurred as a result of continuous late reporting of contributions for the period January 1, 2002, through December 31, 2006 and for additional months which are unpaid from the date of this filing to the date Judgment is entered;

D. That Defendants be specifically required to perform and continue to perform all its obligations to the Plaintiff, particularly to furnish to the Plaintiff the required contribution reports and payments heretofore referred to;

F. That Defendants be decreed to pay to the Plaintiff its attorney fees in the amount of $1,802.40, as provided by the trust agreements and ERISA, 29 U.S.C. Section 1132(g)(2);

G. That Defendants be decreed to pay all costs attendant to the cost of these proceedings; and

H.  That Plaintiff be awarded such other and further relief as the Court deems just and equitable, all at Defendants' cost.

>RAILROAD MAINTENANCE AND
>INDUSTRIAL HEALTH AND WELFARE
>FUND, Plaintiff,
>
>By:  s/ James P. Moody
>JAMES P. MOODY
>**CAVANAGH & O'HARA**
>407 East Adams
>P. O. Box 5043
>Springfield, IL  62705
>Telephone:  (217) 544-1771
>Facsimile:  (217) 544-5236
>jim@cavanagh-ohara.com

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 26th day of June 2007:

>Horacio Restrepo, President
>Restrepo Brothers, Inc.
>107 N. Main Street
>Crystal Lake, IL 60014

and that the original was filed with the Clerk of the Court in which said cause is pending.

>By:  s/ James P. Moody
>JAMES P. MOODY
>**CAVANAGH & O'HARA**
>407 East Adams
>P. O. Box 5043
>Springfield, IL  62705
>Telephone:  (217) 544-1771
>Facsimile:  (217) 544-5236
>jim@cavanagh-ohara.com

F:\files\RAILROAD\Restrepo Brothers, Inc\M-dj.evid.wpd

E-FILED
Tuesday, 26 June, 2007 03:20:33 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. |
| HORACIO RESTREPO d/b/a RESTREPO BROTHERS, INC., and RESTREPO BROTHERS, INC., | ) ) ) ) ) | |
| Defendant. | ) | |

### AFFIDAVIT IN SUPPORT OF ATTORNEY FEES

JAMES P. MOODY, having first been duly sworn on oath, states that the following itemization accurately represents the time and costs expended by this office in this cause:

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 11/15/06 | Received and reviewed correspondence re: Restrepo Brothers; telephone conference with Dora Crenshaw. | .25 |
| 03/21/07 | Letter to Restrepo demanding audit records via certified and regular mail; calendar response; addition to Delinquency Status Report. | 1.35 |
| | Telephone conference with Dora Crenshaw re: Restrepo's audit period. | .10 |
| 04/17/07 | Review file; email to Dora Crenshaw re: status; received and reviewed reply. | .30 |
| | Research Secretary of State for corporate information; preparation of Complaint, Civil Cover Sheet; Certificate of Interest and Summons; assemble exhibits. | 1.50 |
| | Preparation of Affidavit in Support of Attorney Fees. | .50 |

1


EXHIBIT A

|  | | |
|---|---|---|
|  | Telephone conference with McHenry County Sheriff's Department regarding service fee. | .10 |
|  | Final review of Complaint with exhibits, Civil Cover Sheet, Certificate of Interest, Summons. | .40 |
| 04/20/07 | Revise and finalize Complaint, Summons, Certificate of Interest, Civil Cover Sheet; assembly of full Complaint with exhibits; Email to U.S. District Court for opening of new case. | 1.00 |
| 04/27/07 | Received and reviewed file-stamped Complaint; Civil Cover Sheet, Certificate of Interest; update Status Report. | .30 |
| 04/30/07 | Received and reviewed issued Summons; letter to McHenry County Sheriff's Office enclosing same for service; update Status Report. | .70 |
| 05/07/07 | Received and reviewed Summons - executed; redaction of signatures, scanning and conversion; e-file same; calendar Answer; update Status Report. | .75 |
|  | Received and reviewed file-stamped Summons. | .10 |
| 05/31/07 | Review file; preparation of Request for Entry of Default; Affidavit in Support of Motion for Default Judgment; assemble of exhibits. | 1.50 |
|  | Review Affidavit in Support of Attorney Fees. | .50 |
|  | Final review of Request for Entry of Default; Affidavit in Support of Motion for Default Judgment; exhibits. | .40 |
|  | Revise and e-file Request for Entry of Default with attachments; Email proposed Order to Judge. | 1.00 |
| 06/19/07 | Received and reviewed Order of Default; calendar Motion date. | .20 |
| 06/25/07 | Preparation of Motion for Default Judgment or, in the Alternative, Motion for an Evidentiary/Accounting Hearing, Notice of Filing; proposed Order for Production of Records and update Amended Affidavit of Attorney Fees. | 1.50 |
| 06/25/07 | Review Motion for Default Judgment. | .40 |
|  | Revise and e-file Motion for Default Judgment; email proposed Order to Judge. | 1.00 |

| | |
|---|---:|
| TOTAL HOURS 12.3 X $90.00 PER HOUR | $1,107.00 |
| TOTAL HOURS .25 X $185.00 PER HOUR | $46.25 |
| TOTAL HOURS 1.30 X $195.00 PER HOUR | $253.50 |
| U.S. District Court - Filing Fee | $350.00 |
| McHenry County Sheriff's Department - Service Fee | $45.65 |
| **TOTAL FEES AND COSTS** | **$1,802.40** |

FURTHER THIS AFFIANT SAYETH NAUGHT.

s/ James P. Moody
JAMES P. MOODY
**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL 62705
Telephone (217) 544-1771
Fax (217) 544-9894
jim@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me this 26th day of June 2007.

Notary Public

**SIGNATURE REDACTED**

F:\files\RAILROAD\Restrepo Brothers, Inc\A-fee.dj.wpd

"OFFICIAL SEAL"
PATRICIA J. ROBINSON
Notary Public, State of Illinois
My Commission Expires Feb. 16, 2010

3

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 07-3106 |
| HORACIO RESTREPO d/b/a RESTREPO BROTHERS, INC., and RESTREPO BROTHERS, INC., | ) ) ) ) | |
| Defendant. | ) | |

**NOTICE OF FILING OF PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT,
OR IN THE ALTERNATIVE,
MOTION FOR ACCOUNTING/EVIDENTIARY HEARING**

TO:   Horacio Restrepo, President
      Restrepo Brothers, Inc.
      107 N. Main Street
      Crystal Lake, IL 60014

   NOTICE IS HEREBY GIVEN to you that the Plaintiff, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, by and through its attorneys filed a Motion for Default Judgment, Or In The Alternative, Motion for Accounting/Evidentiary Hearing against you on the 26th day of June 2007.

   YOU ARE HEREBY NOTIFIED that the Honorable Court may rule on Plaintiff's Motion without further notice to you seven (7) days after filing.

   DATED this 26th day of June 2007.

                                    RAILROAD MAINTENANCE AND
                                    INDUSTRIAL HEALTH AND WELFARE
                                    FUND, Plaintiff,

                                    By:   s/ James P. Moody
                                          JAMES P. MOODY

**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
Facsimile:  (217) 544-5236
jim@cavanagh-ohara.com