AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**RAILROAD MAINTENANCE AND**
**INDUSTRIAL HEALTH AND WELFARE FUND,**
                      Plaintiff,

     vs.                              Case Number:   **07-3106**

**HORACE RESTREPO d/b/a RESTREPO**
**BROTHERS, INC., and RESTREPO BROTHERS, INC.,**
                      Defendants.

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** pursuant to an Opinion entered by the Honorable Richard Mills on July18, 2007,  default judgment is granted and Judgment is entered as follows:

     1)  Defendants are Ordered to produce all necessary records to permit the Plaintiff to conduct a payroll audit for the period from January 1, 2002 through December 31, 2006;----------------------------------------------

 2)  Judgment is entered in favor of the Plaintiff and against the Defendants for delinquent contributions for the period of January 1, 2002 through December 31, 2006, and for any additional months which have been unpaid;------------------------------------------------------------------------------------------------------------------------

3)  Judgment is entered in favor of the Plaintiff and against the Defendants for penalties and interest incurred as a result of continuous late reporting of contributions for the period January 1, 2002, through December 31, 2006, and for any additional months which have been unpaid; ---------------------------------------------------------

4)   The Defendants are Directed to perform and continue to perform all their obligations to the Plaintiff, particularly to furnish to the Plaintiff the required contribution reports and payments heretofore referred to;--

5)   The Defendants are Ordered to pay to the Plaintiff its attorney's fees in the amount of **$1,802.40**, as provided by the trust agreements and ERISA, 29 U.S.C. Section 1132(g)(2), and;  6)   The Defendants are Ordered to pay all costs attendant to the cost of these proceedings-------------------------------------------------------

ENTER this 20th day of July, 2007

s/John M. Waters
JOHN M. WATERS, CLERK

s/M. Stewart
BY:  DEPUTY CLERK