IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, )<br><br>Plaintiff, )<br><br>vs. )<br><br>HORACIO RESTREPO d/ b/a RESTREPO BROTHERS, INC., and RESTREPO BROTHERS, INC., )<br><br>Defendants. ) | No. 07-3106 |

## PETITION FOR RULE TO SHOW CAUSE

NOW COMES Plaintiff, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, by and through its attorneys, Cavanagh & O'Hara, and for its Petition For Rule To Show Cause states to the Court as follows:

1.   That on July 20, 2007, this Court entered an Order for Production of Records upon the Defendants, HORACIO RESTREPO d/ b/a RESTREPO BROTHERS, INC., and RESTREPO BROTHERS, INC.

2.   Pursuant to the Order for Production of Records, this Court ordered that the Defendants appear and produce contribution reporting forms, any and all payroll books and employee records pertinent to this action for the period from January 1, 2002, through December 31, 2006, at the law offices of Cavanagh & O'Hara, 407 East Adams Street, Springfield, Illinois, 62701, on August 13, 2007, at 2:00 p.m.

3.   Defendants have failed to produce records as ordered by this Court.

4. Plaintiff's counsel has left several telephone messages for Horacio Restrepo in an effort to obtain the records, but Horacio Restrepo has failed to return the telephone calls.

WHEREFORE, Plaintiff prays that this Court enter an order upon the Defendant, HORACIO RESTREPO, for him to show what cause, if any he has, why he should not be held in contempt of Court for his failure to comply with the previous Order entered herein.

Respectfully submitted,

RAILROAD MAINTENANCE AND
INDUSTRIAL HEALTH AND WELFARE FUND,
Plaintiff,

By: ___s/ James P. Moody___
JAMES P. MOODY
**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Facsimile: (217) 544-5236
jim@cavanagh-ohara.com

STATE OF ILLINOIS    )
                     : ss
COUNTY OF SANGAMON )

## VERIFICATION

I, JAMES P. MOODY, being first duly sworn upon oath, depose and state that I have read the foregoing instrument, understand the contents thereof, believe the same to be true and correct to the best of my knowledge and belief and have affixed my signature thereto for the uses and purposes therein set forth.

___s/ James P. Moody___

Subscribed and sworn to before me, a Notary Public, this 3rd day of October 2007.

___[SIGNATURE REDACTED]___
NOTARY PUBLIC

"OFFICIAL SEAL"
PATRICIA J. ROBINSON
Notary Public, State of Illinois
My Commission Expires Feb. 16, 2010

2

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 3rd day of October 2007:

Horacio Restrepo, President
Restrepo Brothers, Inc.
107 N. Main Street
Crystal Lake, IL 60014

and that the original was filed with the Clerk of the Court in which said cause is pending.

By: ___s/ James P. Moody___
JAMES P. MOODY
**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Facsimile: (217) 544-5236
jim@cavanagh-ohara.com