E-FILED
Friday, 02 November, 2007   10:58:25 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 07-3106 |
| HORACIO RESTREPO d/b/a RESTREPO BROTHERS, INC., and RESTREPO BROTHERS, INC., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER FOR RULE TO SHOW CAUSE

This cause coming on to be heard upon the verified petition of RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, and the Court having reviewed same, finds that same should be granted.

WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Defendants, HORACIO RESTREPO d/b/a RESTREPO BROTHERS, INC., and RESTREPO BROTHERS, INC., shall be, and hereby is ordered to be and appear before this Court on the 28th day of November, 2007 at 2:00 p.m., at the United States District Court, Central District, 600 East Monroe Street, Springfield, Illinois, and then

1

and there show what cause, if any it has, why it should not be held in contempt of Court for its failure to abide by the Order of this Court entered against Defendant on July 20, 2007.

ENTERED this 1st day of November, 2007.

FOR THE COURT:

                                                    s/Richard Mills
                                                    United States District Judge