3:07-cv-03106-RM-CHE   # 12   Page 1 of 3
3:07-cv-03106-RM-CHE   # 11   Page 1 of 2

E-FILED
Monday, 19 November, 2007
Clerk, U.S. District Court, ILCD

E-FILED
Friday, 02 November, 2007 10:58:25 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 07-3106 ) |
| HORACIO RESTREPO d/b/a RESTREPO BROTHERS, INC., and RESTREPO BROTHERS, INC., | ) ) ) ) |
| Defendants. | ) |

## ORDER FOR RULE TO SHOW CAUSE

This cause coming on to be heard upon the verified petition of RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, and the Court having reviewed same, finds that same should be granted.

WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Defendants, HORACIO RESTREPO d/b/a RESTREPO BROTHERS, INC., and RESTREPO BROTHERS, INC., shall be, and hereby is ordered to be and appear before this Court on the 28th day of November, 2007 at 2:00 p.m., at the United States District Court, Central District, 600 East Monroe Street, Springfield, Illinois, and then

1

and there show what cause, if any it has, why it should not be held in contempt of Court for its failure to abide by the Order of this Court entered against Defendant on July 20, 2007.

ENTERED this 1st day of November, 2007.

FOR THE COURT:

                                              s/Richard Mills
                                              United States District Judge

2



# Keith Nygren, Sheriff of McHenry County, Woodstock, IL
## *Civil Process Proof of Service*
2200 N. Seminary Avenue, Woodstock, IL 60098     (815) 334-4720

**Case Number** 07-3106                               **Docket-No** F-2007-02045
**Case Name** RAILROAD MAINTENANCE & INDUSTRIAL HEALTH ET AL VS RESTREPO, HORACIO
**Paper-Type** Order / Rule
**Add'l Paper-Info** CENTRAL DISTRICT

---

**DEFENDANT** RESTREPO, HORACIO
**AKA** AS PRESIDENT RESTREPO BROTHERS, INC
**Age** 44 Years Old     **Sex** Male          **Race** White / Caucasian
**Employer**
**Address** 107 N MAIN ST
**Work Address** SOCCER LOCKER
CRYSTAL LAKE, IL 60014-

---

**SERVICE INFORMATION**
**Date Received** 11/05/2007          **Date Returned** 11/15/2007
**Date Served** 11/14/2007            **Time Served** 11:00 PM
**How Served** Personal Service
**Person Served**

**Relationship to Defendant**
**Age** 44 Years Old     **Sex** Male          **Race** White / Caucasian
**Comments** SERVED AT HOME ADDRESS: 613 DARTMORE., CRYSTAL LAKE IL 60014

**Deputy** 1887   L'ESPERANCE, CRAIG S.           Signature redacted
**Deputy's Signature** _____

**FEES**   **Service and Return:** $ 31.05     **Mileage:** $ 14.00     **Total:** $ 45.05

*Thursday, November 15, 2007*