**E-FILED**
Tuesday, 05 February, 2008  02:00:57 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 07-3106 |
| HORACIO RESTREPO d/ b/a RESTREPO BROTHERS, INC., and RESTREPO BROTHERS, INC., | ) ) ) ) ) | |
| Defendant. | ) | |

**STATUS REPORT**

NOW COMES Plaintiff, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH

AND WELFARE FUND, by and through its attorneys, Cavanagh & O'Hara, and herein file

a Status Report regarding progress in this case.

1.     On November 28, 2007, this Court ordered Horacio Restrepo to produce records

to Plaintiff for a payroll audit.  The Show Cause hearing was continued to February 6, 2008 at

2:00 p.m.

2.     Horacio Restrepo submitted to Plaintiff various records in connection with the

audit of Restrepo, Brothers, Inc.

3.     For those missing records, Horacio Restrepo signed the IRS Form 4506 to allow

Plaintiff to obtain copies of missing records directly from the IRS.

4.     These records combined should provide an adequate basis for Plaintiff to

complete a payroll audit of Restrepo Brothers, Inc.

5.    For these reasons, Plaintiff does not feel that the hearing set for February 6, 2008, is necessary.

RAILROAD MAINTENANCE AND
INDUSTRIAL HEALTH AND WELFARE
FUND, Plaintiff,

By: _____ s/ James P. Moody _____
         JAMES P. MOODY
         **CAVANAGH & O'HARA**
         407 East Adams
         P. O. Box 5043
         Springfield, IL  62705
         Telephone:  (217) 544-1771
         Facsimile:  (217) 544-5236
         jim@cavanagh-ohara.com

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 5th day of February 2008:

Horacio Restrepo, President
Restrepo Brothers, Inc.
107 N. Main Street
Crystal Lake, IL 60014

and that the original was filed with the Clerk of the Court in which said cause is pending.

By: _____ s/ James P. Moody _____
         JAMES P. MOODY
         **CAVANAGH & O'HARA**
         407 East Adams
         P. O. Box 5043
         Springfield, IL  62705
         Telephone:  (217) 544-1771
         Facsimile:  (217) 544-5236
         jim@cavanagh-ohara.com